**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
MEGGAN MCCLISS,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGGAN MCCLISS,<br><br>    Plaintiff,<br><br>vs.<br><br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant(s), | Case No.: 2:17-cv-01766-TLN-KJN<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, MEGGAN MCCLISS, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: November 10, 2017

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.